**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**
**GRAND RAPIDS DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-03166-SWD |
| | § | |
| BRADLEY J MOOREHEAD | § | |
| BRENDA J MOOREHEAD | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/02/2014. The undersigned trustee was appointed on 05/02/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                   $1,134.95

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $6.25 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $1,128.70 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/25/2014 and the deadline for filing government claims was 10/29/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $283.74. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $283.74, for a total compensation of $283.74[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.48, for total expenses of $0.48.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/19/2015                                  By:   /s/ Laura J. Genovich
                                                        Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

Exhibit A

| Case No.: | 14-03166-SWD | Trustee Name: | Laura J. Genovich |
|---|---|---|---|
| Case Name: | MOOREHEAD, BRADLEY J AND MOOREHEAD, BRENDA J | Date Filed (f) or Converted (c): | 05/02/2014 (f) |
| For the Period Ending: | 1/19/2015 | §341(a) Meeting Date: | 07/01/2014 |
| | | Claims Bar Date: | 11/25/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Kellogg Community Federal Credit Union | $15.00 | $0.00 | | $0.00 | FA |
| 2  American One Credit Union | $5.00 | $0.00 | | $0.00 | FA |
| 3  Household goods and furnishings (in debtors' possession) | $2,000.00 | $0.00 | | $0.00 | FA |
| 4  Antique family secretary (in debtors' possession) | $200.00 | $0.00 | | $0.00 | FA |
| 5  Clothing, shoes, coats, etc. (in debtors' possession) | $500.00 | $0.00 | | $0.00 | FA |
| 6  Wedding bands (in debtors' possession) | $1,000.00 | $0.00 | | $0.00 | FA |
| 7  Browning single-barrel shotgun (in debtors' possession) | $200.00 | $0.00 | | $0.00 | FA |
| 8  Life Insurance through Bradley Moorehead's employment Death Benefit: $100,000 on debor's life; $30,000 on joint debtor's life. | $0.00 | $0.00 | | $0.00 | FA |
| 9  Pepsi stock | $200.00 | $0.00 | | $0.00 | FA |
| 10  2003 Dodge Durango does not run (in debtors' possession) | $500.00 | $0.00 | | $0.00 | FA |
| 11  1999 Honda Shadow motorcycle (in debtors' possession) | $800.00 | $0.00 | | $0.00 | FA |
| 12  2008 Toyota Scion TC | $9,500.00 | $0.00 | | $0.00 | FA |
| 13  2005 Dodge Dakota (in debtors' possession) | $7,000.00 | $0.00 | | $0.00 | FA |
| 14  PREF TO S & S ACQUISITIONS (u) | $0.00 | $1,050.00 | | $0.00 | FA |
| 15  PREF TO MIDLAND FUNDING (garnishment) (u) | $0.00 | $1,600.00 | | $1,134.95 | FA |
| **TOTALS (Excluding unknown value)** | **$21,920.00** | **$2,650.00** | | **$1,134.95** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 01/15/2015 | 01/15/2014: Prepare case for closing -- review FA and UTC codes, check for amended schedules and bar date, review/import/map all proofs of claim, disallow tardy claim #11.  JY |
| 01/14/2015 | NTFR filed |
| 12/09/2014 | 12/09/2014: Send follow up to Bomia.  JY |
| 10/30/2014 | 10/30/2014: Send email to DA requesting copies of checks to S&S.  JY |
| 09/30/2014 | 09/30/2014: Send follow up correspondence to S&S.  JY |
| 08/26/2014 | LTR fr Mary Jane M. Elliott re: will be sending check for $1,134.95 (diff. fr requested) for garnished funds.  tnh |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 2
Exhibit A

| Case No.: | 14-03166-SWD | Trustee Name: | Laura J. Genovich |
|---|---|---|---|
| Case Name: | MOOREHEAD, BRADLEY J AND MOOREHEAD, BRENDA J | Date Filed (f) or Converted (c): | 05/02/2014 (f) |
| For the Period Ending: | 1/19/2015 | §341(a) Meeting Date: | 07/01/2014 |
| | | Claims Bar Date: | 11/25/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

08/22/2014    08/22/2014: Prepare/file Form 1 and NPD.  JY

08/22/2014    08/22/2014: Send pref demand letter to S&S ($1,050) and to Midland Funding ($1,600).  JY

**Initial Projected Date Of Final Report (TFR):**    05/02/2016

**Current Projected Date Of Final Report (TFR):**    05/02/2016

/s/ LAURA J. GENOVICH

LAURA J. GENOVICH

| Case No. | 14-03166-SWD | | Trustee Name: | Laura J. Genovich |
|---|---|---|---|---|
| Case Name: | MOOREHEAD, BRADLEY J AND MOOREHEAD, BRENDA J | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6130 | | Checking Acct #: | ******0143 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/2/2014 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 1/19/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2014 | (15) | MARY JANE ELLIOTT PC IOLTA ACCT | Preference - Return of Garnishment | 1241-000 | $1,134.95 | | $1,134.95 |
| 10/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $0.83 | $1,134.12 |
| 11/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.83 | $1,132.29 |
| 12/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.77 | $1,130.52 |
| 01/05/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.82 | $1,128.70 |
| | | | **TOTALS:** | | $1,134.95 | $6.25 | $1,128.70 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,134.95 | $6.25 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,134.95 | $6.25 | |

| For the period of 5/2/2014 to 1/19/2015 | | For the entire history of the account between 09/15/2014 to 1/19/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,134.95 | Total Compensable Receipts: | $1,134.95 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,134.95 | Total Comp/Non Comp Receipts: | $1,134.95 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6.25 | Total Compensable Disbursements: | $6.25 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6.25 | Total Comp/Non Comp Disbursements: | $6.25 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 14-03166-SWD | |
| **Case Name:** | MOOREHEAD, BRADLEY J AND MOOREHEAD, BRENDA J | |
| **Primary Taxpayer ID #:** | **-***6130 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 5/2/2014 | |
| **For Period Ending:** | 1/19/2015 | |

| | |
|---|---|
| **Trustee Name:** | Laura J. Genovich |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0143 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,134.95 | $6.25 | $1,128.70 |

| For the period of 5/2/2014 to 1/19/2015 | | For the entire history of the case between 05/02/2014 to 1/19/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,134.95 | Total Compensable Receipts: | $1,134.95 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,134.95 | Total Comp/Non Comp Receipts: | $1,134.95 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6.25 | Total Compensable Disbursements: | $6.25 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6.25 | Total Comp/Non Comp Disbursements: | $6.25 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ LAURA J. GENOVICH

LAURA J. GENOVICH

# CLAIM ANALYSIS REPORT

| Case No. | 14-03166-SWD | | | | | | | Trustee Name: | Laura J. Genovich |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | MOOREHEAD, BRADLEY J AND MOOREHEAD, BRENDA J | | | | | | | Date: | 1/19/2015 |
| Claims Bar Date: | 11/25/2014 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | LAURA J. GENOVICH 1700 E. Beltline Avenue, NE Suite 200 Grand Rapids MI 49525 | Trustee Compensation | Allowed | 2100-000 | $283.74 | $0.00 | $0.00 | $0.00 | $283.74 |
| | LAURA J. GENOVICH 1700 E. Beltline Avenue, NE Suite 200 Grand Rapids MI 49525 | Trustee Expenses | Allowed | 2200-000 | $0.48 | $0.00 | $0.00 | $0.00 | $0.48 |
| 6 | MICHIGAN DEPARTMENT OF TREASURY Bankruptcy Unit PO Box 30168 Lansing MI 48909 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (6-1) Secured /$0 allowed as said claim related to property not administered by the trustee In re: Padgett.

| 7 | MICHIGAN DEPARTMENT OF TREASURY Bankruptcy Unit PO Box 30168 Lansing MI 48909 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (7-1) Secured/$0 allowed as said claim related to property not administered by the trustee In re Padgett

| 5 | MICHIGAN DEPARTMENT OF TREASURY Bankruptcy Unit PO Box 30168 Lansing MI 48909 | Claims of Governmental Units | Allowed | 5800-000 | $2,444.69 | $0.00 | $0.00 | $0.00 | $2,444.69 |

**Claim Notes:** (5-1) Priority &#036;2444.69 & unsecured &#036;122.00 for Bradley & Brenda

| 1 | CAVALRY SPV I, LLC 500 Summit Lake Drive, Ste 400 Valhalla NY 10595 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $480.94 | $0.00 | $0.00 | $0.00 | $480.94 |

**Claim Notes:** (1-1) Cavalry SPV I, LLC as assignee of HSBC Bank Nevada, N.A./Capital One Bank USA, N.A.

CLAIM ANALYSIS REPORT

Page No: 2
Exhibit C

| Case No. | 14-03166-SWD | | | | | | | | Trustee Name: | Laura J. Genovich |
| Case Name: | MOOREHEAD, BRADLEY J AND MOOREHEAD, BRENDA J | | | | | | | | Date: | 1/19/2015 |
| Claims Bar Date: | 11/25/2014 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | CAVALRY SPV I, LLC<br><br>500 Summit Lake Drive, Ste 400<br>Valhalla NY 10595 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $472.54 | $0.00 | $0.00 | $0.00 | $472.54 |
| Claim Notes: | (2-1) Cavalry SPV I, LLC as assignee of HSBC Bank Nevada, N.A. &#092; Orchard Bank | | | | | | | | |
| 3 | CONSUMERS ENERGY COMPANY<br><br>Attn: Legal Department<br>One Energy Plaza<br>Jackson MI 49201 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,188.29 | $0.00 | $0.00 | $0.00 | $4,188.29 |
| 4 | US DEPT OF EDUCATION<br><br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $30,551.33 | $0.00 | $0.00 | $0.00 | $30,551.33 |
| 5a | MICHIGAN DEPARTMENT OF TREASURY<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing MI 48909 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $122.00 | $0.00 | $0.00 | $0.00 | $122.00 |
| Claim Notes: | (5-1) Priority &#036;2444.69 & unsecured &#036;122.00 for Bradley & Brenda | | | | | | | | |
| 6a | MICHIGAN DEPARTMENT OF TREASURY<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing MI 48909 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| 7a | MICHIGAN DEPARTMENT OF TREASURY<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing MI 48909 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| 8 | FLAGSTAR BANK<br><br>J.J. Marshall & Associates<br>PO Box 182190<br>Shelby Township MI 48318 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $574.42 | $0.00 | $0.00 | $0.00 | $574.42 |
| Claim Notes: | (8-1) OVERDRAWN ACCOUNT | | | | | | | | |

CLAIM ANALYSIS REPORT

Page No: 3
Exhibit C

| Case No. | 14-03166-SWD | | | | | | | | Trustee Name: | Laura J. Genovich |
| Case Name: | MOOREHEAD, BRADLEY J AND MOOREHEAD, BRENDA J | | | | | | | | Date: | 1/19/2015 |
| Claims Bar Date: | 11/25/2014 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 9 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $738.77 | $0.00 | $0.00 | $0.00 | $738.77 |
| **Claim Notes:** Account #1403 | | | | | | | | | |
| 10 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $890.74 | $0.00 | $0.00 | $0.00 | $890.74 |
| **Claim Notes:** Acct #1229 | | | | | | | | | |
| 11 | SANTANDER CONSUMER USA<br><br>Po Box 961245<br>Ft Worth TX 76161 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $12,650.66 | $0.00 | $0.00 | $0.00 | $12,650.66 |
| | | | | | $53,498.60 | $0.00 | $0.00 | $0.00 | $53,498.60 |

| Case No. | 14-03166-SWD | Trustee Name: Laura J. Genovich |
| --- | --- | --- |
| Case Name: | MOOREHEAD, BRADLEY J AND MOOREHEAD, BRENDA J | Date: 1/19/2015 |
| Claims Bar Date: | 11/25/2014 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- |
| Claims of Governmental Units | $2,444.69 | $2,444.69 | $0.00 | $0.00 | $0.00 | $2,444.69 |
| General Unsecured § 726(a)(2) | $38,119.03 | $38,119.03 | $0.00 | $0.00 | $0.00 | $38,119.03 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $11,912.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tardy General Unsecured 726(a)(3) | $12,650.66 | $12,650.66 | $0.00 | $0.00 | $0.00 | $12,650.66 |
| Trustee Compensation | $283.74 | $283.74 | $0.00 | $0.00 | $0.00 | $283.74 |
| Trustee Expenses | $0.48 | $0.48 | $0.00 | $0.00 | $0.00 | $0.48 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 14-03166-SWD
Case Name: BRADLEY J MOOREHEAD
BRENDA J MOOREHEAD
Trustee Name: Laura J. Genovich

Balance on hand: $1,128.70

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 6 | Michigan Department of Treasury | $5,956.06 | $0.00 | $0.00 | $0.00 |
| 7 | Michigan Department of Treasury | $5,956.06 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $1,128.70

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Laura J. Genovich, Trustee Fees | $283.74 | $0.00 | $283.74 |
| Laura J. Genovich, Trustee Expenses | $0.48 | $0.00 | $0.48 |

Total to be paid for chapter 7 administrative expenses: $284.22
Remaining balance: $844.48

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $844.48

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,444.69 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Michigan Department of Treasury | $2,444.69 | $0.00 | $844.48 |

|  |  |
|---|---|
| Total to be paid to priority claims: | $844.48 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $38,119.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | $480.94 | $0.00 | $0.00 |
| 2 | Cavalry SPV I, LLC | $472.54 | $0.00 | $0.00 |
| 3 | CONSUMERS ENERGY COMPANY | $4,188.29 | $0.00 | $0.00 |
| 4 | US DEPT OF EDUCATION | $30,551.33 | $0.00 | $0.00 |
| 5a | Michigan Department of Treasury | $122.00 | $0.00 | $0.00 |
| 6a | Michigan Department of Treasury | $50.00 | $0.00 | $0.00 |
| 7a | Michigan Department of Treasury | $50.00 | $0.00 | $0.00 |
| 8 | Flagstar Bank | $574.42 | $0.00 | $0.00 |
| 9 | Capital One Bank (USA), N.A. | $738.77 | $0.00 | $0.00 |
| 10 | Capital One Bank (USA), N.A. | $890.74 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $12,650.66 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

**UST Form 101-7-TFR (5/1/2011)**

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 11 | Santander Consumer Usa | $12,650.66 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

UST Form 101-7-TFR (5/1/2011)