# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 14-03166 | | | Trustee Name: | Laura J. Genovich |
|---|---|---|---|---|---|
| Case Name: | MOOREHEAD, BRADLEY J AND MOOREHEAD, BRENDA J | | | Date Filed (f) or Converted (c): | 05/02/2014 (f) |
| For the Period Ending: | 12/31/2014 | | | §341(a) Meeting Date: | 07/01/2014 |
| | | | | Claims Bar Date: | 11/25/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Kellogg Community Federal Credit Union | $15.00 | $0.00 | | $0.00 | FA |
| 2 | American One Credit Union | $5.00 | $0.00 | | $0.00 | FA |
| 3 | Household goods and furnishings (in debtors' possession) | $2,000.00 | $0.00 | | $0.00 | FA |
| 4 | Antique family secretary (in debtors' possession) | $200.00 | $0.00 | | $0.00 | FA |
| 5 | Clothing, shoes, coats, etc. (in debtors' possession) | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Wedding bands (in debtors' possession) | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | Browning single-barrel shotgun (in debtors' possession) | $200.00 | $0.00 | | $0.00 | FA |
| 8 | Life Insurance through Bradley Moorehead's employment Death Benefit: $100,000 on debor's life; $30,000 on joint debtor's life. | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Pepsi stock | $200.00 | $0.00 | | $0.00 | FA |
| 10 | 2003 Dodge Durango does not run (in debtors' possession) | $500.00 | $0.00 | | $0.00 | FA |
| 11 | 1999 Honda Shadow motorcycle (in debtors' possession) | $800.00 | $0.00 | | $0.00 | FA |
| 12 | 2008 Toyota Scion TC | $9,500.00 | $0.00 | | $0.00 | FA |
| 13 | 2005 Dodge Dakota (in debtors' possession) | $7,000.00 | $0.00 | | $0.00 | FA |
| 14 | PREF TO S & S ACQUISITIONS (u) | $0.00 | $1,050.00 | | $0.00 | FA |
| 15 | PREF TO MIDLAND FUNDING (u) (garnishment) | $0.00 | $1,600.00 | | $1,134.95 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 14-03166 | | | Trustee Name: | Laura J. Genovich |
| Case Name: | MOOREHEAD, BRADLEY J AND MOOREHEAD, BRENDA J | | | Date Filed (f) or Converted (c): | 05/02/2014 (f) |
| For the Period Ending: | 12/31/2014 | | | §341(a) Meeting Date: | 07/01/2014 |
| | | | | Claims Bar Date: | 11/25/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**TOTALS (Excluding unknown value)**                                                                                                      **Gross Value of Remaining Asset**
                                   $21,920.00                      $2,650.00                                         $1,134.95                                 $0.00

**Major Activities affecting case closing:**

| 01/19/2015 | TFR sent to LJG for approval |
| 01/19/2015 | TFR submitted |
| 01/15/2015 | 01/15/2014: Prepare case for closing -- review FA and UTC codes, check for amended schedules and bar date, review/import/map all proofs of claim, disallow tardy claim #11.  JY |
| 01/14/2015 | NTFR filed |
| 12/09/2014 | 12/09/2014: Send follow up to Bomia.  JY |
| 10/30/2014 | 10/30/2014: Send email to DA requesting copies of checks to S&S.  JY |
| 09/30/2014 | 09/30/2014: Send follow up correspondence to S&S.  JY |
| 08/26/2014 | LTR fr Mary Jane M. Elliott re: will be sending check for $1,134.95 (diff. fr requested) for garnished funds.  tnh |
| 08/22/2014 | 08/22/2014: Prepare/file Form 1 and NPD.  JY |
| 08/22/2014 | 08/22/2014: Send pref demand letter to S&S ($1,050) and to Midland Funding ($1,600).  JY |

| Initial Projected Date Of Final Report (TFR): | 05/02/2016 | Current Projected Date Of Final Report (TFR): | 05/02/2016 | /s/ LAURA J. GENOVICH |
| | | | | LAURA J. GENOVICH |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |
|---|---|---|
| **Case No.** 14-03166 | **Trustee Name:** | Laura J. Genovich |
| **Case Name:** MOOREHEAD, BRADLEY J AND MOOREHEAD, BRENDA J | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** **-***6130 | **Checking Acct #:** | ******0143 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 07/01/2014 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** 12/31/2014 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2014 | (15) | MARY JANE ELLIOTT PC IOLTA ACCT | Preference - Return of Garnishment | 1241-000 | $1,134.95 | | $1,134.95 |
| 10/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $0.83 | $1,134.12 |
| 11/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.83 | $1,132.29 |
| 12/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.77 | $1,130.52 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $1,134.95 | $4.43 | $1,130.52 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| **Subtotal** | $1,134.95 | $4.43 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| **Net** | $1,134.95 | $4.43 | |

| For the period of 07/01/2014 to 12/31/2014 | | For the entire history of the account between 09/15/2014 to 12/31/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,134.95 | Total Compensable Receipts: | $1,134.95 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,134.95 | Total Comp/Non Comp Receipts: | $1,134.95 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4.43 | Total Compensable Disbursements: | $4.43 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4.43 | Total Comp/Non Comp Disbursements: | $4.43 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 14-03166 | |
| Case Name: | MOOREHEAD, BRADLEY J AND MOOREHEAD, BRENDA J | |
| Primary Taxpayer ID #: | **-***6130 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 07/01/2014 | |
| For Period Ending: | 12/31/2014 | |

| | |
|---|---|
| Trustee Name: | Laura J. Genovich |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0143 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $1,134.95 | $4.43 | $1,130.52 |

For the period of 07/01/2014 to 12/31/2014

| | |
|---|---|
| Total Compensable Receipts: | $1,134.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,134.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 09/15/2014 to 12/31/2014

| | |
|---|---|
| Total Compensable Receipts: | $1,134.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,134.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ LAURA J. GENOVICH

LAURA J. GENOVICH